# EXHIBIT C

## Case Information

CVCV25-01739 | Magliocca vs. United Healthcare Services, Inc.

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| CVCV25-01739 | Civil Cases | Berrier, Stephen W |
| File Date | Case Type | Case Status |
| 10/15/2025 | (07) Unlimited Business Tort/Unfair Business Practice | Active |

## Party

Plaintiff
Magliocca , Joanne

Active Attorneys ▼
Lead Attorney
Treglio, James
Retained

Defendant
United Healthcare Services, Inc.

## Events and Hearings

10/15/2025 Electronic File as of this date

10/15/2025 Complaint

10/15/2025 Civil Case Cover Sheet

10/15/2025 Summons Issued / Filed

10/16/2025 Notice of Case Management Conference

10/27/2025 Proof of Service of Summons

02/17/2026 Case Management Conference ▾

Judicial Officer
Berrier, Stephen W

Hearing Time
1:30 PM