1 | **HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

Adam A. Cooke*
Derrick Williams*
555 13th Street NW
Washington D.C., 20004
Tel: (202) 637-3600
Fax: (202) 637-3610
adam.a.cooke@hoganlovells.com
derrick.williams@hoganlovells.com

*pro hac vice forthcoming

*Attorneys for Defendant
United Healthcare Services, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE MAGLIOCCA on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.; a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | Case No. 2:25-cv-03388-SCR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Hogan Lovells US LLP
Attorneys At Law
Los Angeles

1

[PROPOSED] ORDER RE STIP TO EXTEND TIME TO RESPOND – Case No.

1  Pursuant to the Parties' Joint Stipulation, the Court has read and considered the parties' Joint
2  Stipulation to extend Defendant's Time to Answer or Otherwise Respond to the Complaint. Based
3  on the Joint Stipulation, **IT IS ORDERED** that the deadline for Defendant United Healthcare
4  Services, Inc. to move, answer, or otherwise respond to the Complaint is extended until (and
5  including) January 7, 2026.

**IT IS SO ORDERED.**

DATED:   December 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Hogan Lovells US LLP
Attorneys At Law
Los Angeles

2
[PROPOSED] ORDER RE STIP TO EXTEND TIME TO RESPOND – Case No.