# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOANNE MAGLIOCCA, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

UNITED HEALTHCARE SERVICES, INC., and DOES 1-100, inclusive,

        Defendant.

Case No.  2:25-cv-03388-WBS-SCR

The Honorable William B. Shubb

**ORDER GRANTING JOINT STIPULATION TO REQUEST BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**

Motion To Dismiss Submitted:  January 7, 2026

| | |
|---|---|
| Current Opposition Date: | January 21, 2026 |
| New Opposition Date: | February 6, 2026 |
| | |
| Current Reply Date: | February 2, 2026 |
| New Reply Date: | February 27, 2026 |

**ORDER**

Having considered the Parties' Joint Stipulation to Request Briefing Schedule for Defendant's Motion to Dismiss, the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation to Request Briefing Schedule for Defendant's Motion to Dismiss. Accordingly, the Court **HEREBY EXTENDS** Plaintiff's deadline to file an opposition to Defendant's Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) for failure to state a claim upon which relief can be granted from January 21, 2026 to February 6, 2026, and Defendant's deadline to file a reply in support of its Motion to Dismiss from February 2, 2026 to February 27, 2026.

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE