# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOANNE MAGLIOCCA, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

UNITED HEALTHCARE SERVICES, INC., and DOES 1-100, inclusive,

    Defendant.

Case No.  2:25-cv-03388-WBS-SCR

The Honorable William B. Shubb

**ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE UNTIL AFTER MOTION TO DISMISS RULING**

**ORDER**

On March 9, 2026, the Parties filed a Joint Stipulation to Request Continuance of Scheduling Conference to Until After Motion to Dismiss Ruling ("Stipulation") requesting the Court to continue the April 20, 2026 Scheduling Conference and related deadlines until after the Court rules on Defendant's pending Motion to Dismiss the Complaint (ECF No. 13).

The Court, having considered the Parties' Joint Stipulation to Request Continuance of Scheduling Conference until after the motion to dismiss ruling, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The Scheduling Conference currently set for April 20, 2026 at 1:30 p.m. is reset for **June 1, 2028 at 1:30 p.m.** in Courtroom 5 of the Robert T. Matsui United States Courthouse, 401 I Street, Sacramento, CA 95814

2. A joint status report shall be filed no later than **May 18, 2026** in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed December 8, 2025 (Docket No. 10).

**IT IS SO ORDERED.**

Dated:  March 10, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION
CASE NO. 2:25-CV-03388-WBS-SCR