# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOANNE MAGLIOCCA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC., and DOES 1-100, inclusive,

Defendant.

Case No.  2:25-cv-03388-WBS-SCR

The Honorable William B. Shubb

**ORDER GRANTING JOINT STIPULATION TO REQUEST BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND CONTINUANCE OF SCHEDULING CONFERENCE**

Current Responsive Dedline:  May 4, 2026
New Responsive Deadline:  June 4, 2026

Current Opposition Date:  May 18, 2026
New Opposition Date:  July 6, 2026

Current Reply Date:  May 28, 2026
New Reply Date:  July 27, 2026

**ORDER**

On April 28, 2026, the Parties filed a Joint Stipulation to Request Briefing Schedule for Defendant's Motion to Dismiss and Continuance of Scheduling Conference ("Stipulation").  The Court, having considered the Parties' Joint Stipulation to Request Briefing Schedule for Defendant's Motion to Dismiss and Continuance of Scheduling Conference, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1.  Defendant shall file its anticipated Motion to Dismiss the First Amended Complaint by or before **June 4, 2026**.

2.  Plaintiff shall file her opposition to Defendant's anticipated Motion to Dismiss the First Amended Complaint by or before **July 6, 2026**.

3.  Defendant shall file its reply brief in support of its anticipated Motion to Dismiss the First Amended Complaint by or before **July 27, 2026**.

4.  Hearing on the anticipated Motion to Dismiss the First Amended Complaint shall be set for **August 17, 2026 at 1:30 p.m. i**n Courtroom 5 of the Robert T. Matsui United States Courthouse, 401 I Street, Sacramento, CA 95814.

5.  The Scheduling Conference set for June 1, 2028 at 1:30 p.m. is reset for **October 5, 2026 at 1:30 p.m.** in Courtroom 5 of the Robert T. Matsui United States Courthouse, 401 I Street, Sacramento, CA 95814.

6.  A joint status report shall be filed no later than **September 21, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed December 8, 2025 (Docket No. 10).]

**IT IS SO ORDERED.**

Dated:  April 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE