**HOGAN LOVELLS US LLP**
Vassi Iliadis (SBN 296382)
James Ettinger (SBN 344292)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com

Adam Cooke (admitted *pro hac vice*)
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
adam.a.cooke@hoganlovells.com

*Attorneys for Defendant*
*United Healthcare Services, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOANNE MAGLIOCCA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC., and DOES 1-100, inclusive,

Defendant.

Case No. 2:25-cv-03388-WBS-SCR

The Honorable William B. Shubb

**DEFENDANT UNITED HEALTHCARE SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Date: August 17, 2026
Time: 1:30 PM PT
Courtroom: Courtroom 5, 14th Floor
Action Filed: September 8, 2025
Action Removed: October 17, 2025

**NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE THAT** on August 17, 2026, at 1:30 PM PT in Courtroom 5, 14th Floor of the above-captioned court, located at Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Defendant United Healthcare Services, Inc. ("UHS") will and hereby does move the Court to dismiss Plaintiff Joanne Magliocca's First Amended Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of Article III standing and Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support of this Motion, any arguments heard by the Court, and any other matters the Court may properly consider.

**STATEMENT OF RELIEF REQUESTED**

UHS seeks an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the First Amended Complaint with prejudice for lack of Article III standing and failure to state a claim upon which relief can be granted.

Dated: June 4, 2026

**HOGAN LOVELLS US LLP**

By: /s/ *Vassi Iliadis*

Vassi Iliadis (SBN 296382)
James Ettinger (SBN 344292)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
jay.ettinger@hoganlovells.com

Adam Cooke (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
adam.a.cooke@hoganlovells.com

*Attorneys for Defendant*
*United Healthcare Services, Inc.*